UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DAMIEN D. MATHENA

    Plaintiff,

v.

ILLINOIS DEPARTMENT OF
CORRECTIONS

    Defendant.

Case Number: 07 C 0990

Honorable Virginia M. Kendall

Magistrate Judge Maria Valdez

*FILED*
*NOV. 20, 2007*
*Judge Virginia M. Kendall*
*United States District Court*

### STIPULATION TO DISMISS

NOW COMES the Plaintiff, Damien D. Mathena, by his attorney, Martin J. Lucas and the Defendant, Illinois Department of Corrections, by their attorney, LISA MADIGAN, Attorney General of Illinois, and hereby stipulate to the dismissal of this case with prejudice. The Plaintiff and the Defendant agree as follows:

    1.    This lawsuit shall be dismissed with prejudice and without leave to reinstate.

    2.    Each party shall bear their own costs, attorney's fees and expenses.

AGREED:

_____
Martin J. Lucas
Counsel for Plaintiff
Anesi, Ozmon, Rodin, Novak & Kohen Ltd.
161 North Clark Street, 21st Floor
Chicago, Illinois 60601
(312) 372-3822

Date: 11/16/07

_____
Maisha N. Shaw
Assistant Attorney General
Attorney for Defendants
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-2035

Date: 11/19/07